# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAUL R. MANIZAK,

    Petitioner,   Civil Action No.
                               12-CV-13586

v.

                               HON. MARK A. GOLDSMITH

STATE OF MICHIGAN,

    Respondent.
_____/

## **JUDGMENT**

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Mark A. Goldsmith, a United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on November 15, 2012.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that a Certificate of Appealability is **DENIED**.

Dated at Detroit, Michigan, this 15th day of November, 2012.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                  By:    s/Deborah J. Goltz
                                          DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE