# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAUL R. MANIZAK,

    Petitioner,　　　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　　　　12-CV-13586

v.

　　　　　　　　　　　　　　　　　　　　　　HON. MARK A. GOLDSMITH

STATE OF MICHIGAN,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Mark A. Goldsmith, a United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on November 15, 2012.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that a Certificate of Appealability is **DENIED**.

Dated at Detroit, Michigan, this 15th day of November, 2012.

　　　　　　　　　　　　　　　　　　　　DAVID J. WEAVER
　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT


　　　　　　　　　　　　　　By:　s/Deborah J. Goltz
　　　　　　　　　　　　　　　　　　　DEPUTY COURT CLERK

APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE